# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD E. EGAN, M.D., )<br>　　　　　Plaintiff, )<br> )<br> )<br>　v. )<br> )<br>JOHN POLANOWICZ, )<br>Secretary of the Executive Office of )<br>Health and Human Services, )<br>　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　　) | CIVIL ACTION<br>NO. 13-40092-DHH |

## ORDER

**December 10, 2013**

Hennessy, M.J.

On October 9, 2013, this Court entered an order allowing Plaintiff Ronald E. Egan, M.D., to amend his complaint to substitute Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, for John Polanowicz, Secretary of the Executive Office of Health and Human Services. (Docket #19). Dr. Egan has yet to file an amended complaint. Therefore, Dr. Egan is hereby ORDERED to file an amended complaint with the appropriate substitution by January 10, 2014. Failure to comply with this Order may result in dismissal of this action for failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30 (1962). Dr. Egan is reminded that he must also comply with the directives given in the Notice of Decision of Medicare Appeals Council attached as Exhibit 1 to

his complaint.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE