## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RONALD E. EGAN, M.D., <br>           Plaintiff, <br><br> v. <br><br> JOHN POLANOWICZ, <br> Secretary of the Executive Office of <br> Health and Human Services, <br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br> NO. 13-40092-DHH |

## ORDER

**January 13, 2014**

Hennessy, M.J.

      On October 9, 2013, this Court entered an order allowing Plaintiff Ronald E. Egan, M.D., to amend his complaint to substitute Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, for John Polanowicz, Secretary of the Executive Office of Health and Human Services.  (Docket #19).  On December 10, 2013, the Court entered an order requiring Dr. Egan to file an amended complaint with the appropriate substitution by January 10, 2014.  (Docket #20).

      On January 9, 2014, Dr. Egan filed a Motion to Amend his Complaint to substitute Kathleen Sebelius for John Polanowicz.  (Docket #21).  This motion is DENIED AS MOOT. The Court has already granted Dr. Egan permission to file an amended complaint, he does not need to file an additional motion.  Dr. Egan must now file an amended complaint in which he substitutes the name "Kathleen Sebelius, Secretary of the United States Department of Health

and Human Services" for that of "John Polanowicz, Secretary of the Executive Office of Health and Human Services."  Dr. Egan shall file this amended complaint by January 31, 2014.  If he has any questions concerning filing the amended complaint he should contact Lisa Belpedio, Courtroom Deputy, at 508-929-9905.

In its order of December 10, 2013, the Court reminded Dr. Egan that he must comply with the directives given in the Notice of Decision of Medicare Appeals Council attached as Exhibit 1 to his complaint.  Dr. Egan indicates that he is no longer in possession of a hard copy of the directives given in the Notice of Decision of Medicare Appeals Council.  The clerk shall attach a copy of Exhibit 1 to Dr. Egan's complaint (Docket #1-1) to this order.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE