UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD E. EGAN, M.D., )<br>            Plaintiff, )<br>)<br>)<br>      v. )<br>)<br>JOHN POLANOWICZ, )<br>Secretary of the Executive Office of )<br>Health and Human Services, )<br>            Defendant. )<br>_____ ) | CIVIL ACTION<br>NO. 13-40092-DHH |

## ORDER

**February 3, 2014**

Hennessy, M.J.

On October 9, 2013, this Court entered an order allowing Plaintiff Ronald E. Egan, M.D., to amend his complaint to substitute Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, for John Polanowicz, Secretary of the Executive Office of Health and Human Services. (Docket #19). On December 10, 2013, the Court entered an order requiring Dr. Egan to file an amended complaint with the appropriate substitution by January 10, 2014. (Docket #20). On January 9, 2014, Dr. Egan filed a Motion to Amend his Complaint to substitute Kathleen Sebelius for John Polanowicz. (Docket #21). The Court denied this motion as moot on January 13, 2014. (Docket #22). The Court stated that it had already granted Dr. Egan permission to file an amended complaint and ordered Dr. Egan to file an amended complaint in which he substituted the name "Kathleen Sebelius, Secretary of the United States Department of Health and Human Services" for that of "John Polanowicz,

Secretary of the Executive Office of Health and Human Services" by January 31, 2014.  Dr. Egan has yet to file his amended complaint.

Dr. Egan is hereby ORDERED to file his amended complaint by February 21, 2014.  Failure to do so may result in dismissal of his action for failure to prosecute.  See Local Rule of the United States District Court for the District of Massachusetts 41(b)(1).  If he has any questions concerning filing the amended complaint he should contact Lisa Belpedio, Courtroom Deputy, at 508-929-9905.

/S/ David H. Hennessy
David H. Hennessy
UNITED STATES MAGISTRATE JUDGE